# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -2 PM 3: 50

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**SMITH MASONRY, INC.,**

    Plaintiff,

vs.

Case No.: 05-2168 D V

**PUBLIC BUILDING AUTHORITY; et al.,**

    Defendants.

## ORDER OF DISMISSAL

It appears to the Court that the Plaintiff has filed a notice seeking to voluntarily dismiss its complaint.

IT IS THEREFORE ORDERED that the above cause be dismissed without prejudice based upon the Notice of Dismissal entered on May 5, 2005.

**IT IS SO ORDERED** this ___2nd___ day of ___June___ 2005.

_____
BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on ___6/3/05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CV-02168 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

Kristine L. Roberts
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Stephen M. Brown
JACKSON SHIELDS YEISER HOLT SPEAKMAN & LUCAS
262 German Oak Dr.
Memphis, TN 38018

Leo Maurice Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT